44    APPELLATE COURTS OF ILLINOIS.

Wadley v. Schwartz Bros. Express Co., 211 Ill. App. 44.

## Frank Wadley, Appellee, v. Schwartz Brothers Express Company, Appellant.

### (Not to be reported in full.)

Appeal from the City Court of East St. Louis; the Hon. H. L. BROWNING, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 5, 1918.

### Statement of the Case.

Action by Frank Wadley, plaintiff, against Schwartz Brothers Express Company, defendant, to recover for personal injuries alleged to have been received through the negligence of defendant's servant. From a judgment for plaintiff for $100, defendant appeals.

P. K. JOHNSON and CONNETT & CURRIE, for appellant.

BORDERS & BORDERS, for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

1. ROADS AND BRIDGES, § 239*—*when evidence supports verdict for plaintiff in action to recover for injuries to pedestrian struck by horse and wagon.* In an action to recover for personal injuries received by plaintiff by being struck by a horse and wagon while he was crossing the street diagonally at a street intersection, proof that the wagon was being driven at a lively gait on the wrong side of the street and that plaintiff looked in the proper direction for approaching vehicles is sufficient to support a verdict for plaintiff.

2. ROADS AND BRIDGES, § 240*—*negligence of driver of wagon and contributory negligence of pedestrian as questions for jury.* In an action to recover for personal injuries to a pedestrian in the street struck by a horse-drawn vehicle, the questions of negligence and contributory negligence *held* for the jury.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.